Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
         mparetti@swlaw.com
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>MAHOGANY MEADOWS AVENUE TRUST; COPPER CREEK HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; HAMPTON & HAMPTON COLLECTIONS, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01469-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MAHOGANY MEADOWS AVENUE TRUST'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Mahogany Meadows Avenue Trust ("Mahogany Meadows"), by and through their respective counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to an extension for Wells Fargo to respond to Mahogany Meadows' Motion to Dismiss filed on June 14, 2017 [Doc. No. 9]. Wells Fargo's response to the Motion to Dismiss is currently due June 28, 2017. The Parties request the Court extend Wells Fargo's deadline to July 26, 2017. This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. This extension is sought both because Wells Fargo and its counsel require additional time to meaningfully prepare the response to the Motion to Dismiss in light of recent developments in the law, and because counsel for Wells Fargo, Kelly Dove, has a prepaid international trip planned during the time the response would be due in the ordinary course.

2. On June 19, 2017, the Parties agreed to the extension requested herein.

3. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree for an extension to July 26, 2017 for Wells Fargo to respond to Mahogany Meadows' Motion to Dismiss.

Dated: June 21, 2017

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Plaintiff*
*Wells Fargo Bank, N.A.*

Dated: June 21, 2017

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: */s/ Michael F. Bohn*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
376 East Warm Springs Road, Ste. 140
Las Vegas, NV 89119
*Attorneys for Defendant*
*Mahogany Meadows Avenue Trust*

### **ORDER**

IT IS ORDERED that Plaintiff Wells Fargo Bank, N.A. has up to and including July 26, 2017 to file its response to Mahogany Meadows Avenue Trust's Motion to Dismiss, and Mahogany Meadows Avenue Trust shall have up to and including August 2, 2017 to file its reply in support of its Motion to Dismiss.

DATED June 22, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

4829-9880-0970