Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
          mparetti@swlaw.com
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>MAHOGANY MEADOWS AVENUE TRUST; COPPER CREEK HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; HAMPTON & HAMPTON COLLECTIONS, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No.  2:17-cv-01469-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COPPER CREEK HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Copper Creek Homeowners Association ("Copper Creek"), by and through their respective counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to an extension for Wells Fargo to respond to Copper Creek's Motion to Dismiss filed on June 29, 2017 [Doc. No. 13].  Wells Fargo's response to the Motion to Dismiss is currently due July 13, 2017. The Parties request the Court extend Wells Fargo's deadline to July 26, 2017.  This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. This extension is sought both because Wells Fargo and its counsel require additional time to meaningfully prepare the response to the Motion to Dismiss in light of recent developments in the law, as well as to consider potential early resolution options.

2. On July 10, 2017, the Parties agreed to the extension requested herein.

3. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree for an extension to July 26, 2017 for Wells Fargo to respond to Copper Creek's Motion to Dismiss.

Dated: July 10, 2017

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Plaintiff*
*Wells Fargo Bank, N.A.*

Dated: July 10, 2017

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ Amber Williams*
J. William Ebert, Esq.
Nevada Bar No. 2697
Amber M. Williams, Esq.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant*
*Copper Creek Homeowners' Association*

## **ORDER**

IT IS ORDERED that Plaintiff Wells Fargo Bank, N.A. has up to and including July 26, 2017 to file its response to Copper Creek's Motion to Dismiss, and Copper Creek shall have up to and including August 2, 2017 to file its reply in support of its Motion to Dismiss.

DATED July 13, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

4829-9880-0970