Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
       mparetti@swlaw.com
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>MAHOGANY MEADOWS AVENUE TRUST; COPPER CREEK HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; HAMPTON & HAMPTON COLLECTIONS, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01469-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF COPPER CREEK HOMEOWNERS ASSOCIATION** |

This Stipulation and Order for Dismissal Without Prejudice of Copper Creek Homeowners Association is entered into as of the date below by and between Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Copper Creek Homeowners Association ("Copper Creek" and collectively with Wells Fargo, the "Parties"). The Parties hereby stipulate and agree as follows:

WHEREAS, the above-captioned action concerns an NRS 116 foreclosure sale involving that real property in Clark County, Nevada with APN 161-26-310-011, commonly known as 6896 Mahogany Meadows Avenue, Las Vegas, Nevada 89122 (the "Property");

4815-7149-4987

1   WHEREAS, Wells Fargo filed a Complaint (ECF No. 1) in this action on May 23, 2017, which alleges several causes of action against Copper Creek;

WHEREAS Copper Creek filed a Motion to Dismiss the Complaint (ECF No. 13) on June 29, 2017; and

WHEREAS, Copper Creek disclaims any interest in title to the Property, but reserves its ongoing rights under Nevada law, including NRS 116, and the governing documents, including the Covenants, Conditions and Restrictions ("CC&Rs");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The Complaint is dismissed without prejudice as to Copper Creek only, with each party to bear their own fees/costs.

2. Copper Creek hereby withdraws its Motion to Dismiss (ECF No. 13).

3. Any statute of limitations for the causes of action asserted against Copper Creek that did not run prior the filing of the Complaint on May 23, 2017, shall be tolled as of the filing date until this litigation is fully and finally resolved. The HOA reserves the right to assert all applicable affirmative defenses regarding the statute of limitations for any claims that may have run prior to the filing of the Complaint on May 23, 2017.

4. Copper Creek represents that it will produce all documents in its possession related to the litigation and the Property. To the extent additional documents are discovered following the initial production, Copper Creek agrees to produce those documents to the parties remaining in the litigation.

5. Upon proper notice by Wells Fargo in accord with the Federal Rules of Civil Procedure, Copper Creek shall make available a knowledgeable witness for deposition limited to the claims and defenses of the parties remaining in the litigation as those claims and defenses relate to the assessment lien foreclosure sale of the Property, and subject to any and all applicable objections. Copper Creek shall be provided 30 days' notice of the deposition, and an opportunity to coordinate with all remaining Parties concerning a mutually convenient time, date and location of such deposition.

4815-7149-4987

1.     6.     The Parties reserve any and all rights, privileges, and defenses under applicable law.

Wherefore, the undersigned request this Court enter an Order granting the above stipulation.

| | |
|---|---|
| Dated: July 26, 2017 | Dated: July 26, 2017 |
| SNELL & WILMER L.L.P. | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
| By: */s/ Michael Paretti*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Michael Paretti, Esq.<br>Nevada Bar No. 13926<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiff*<br>*Wells Fargo Bank, N.A.* | By: */s/ Amber M. Williams*<br>J. William Ebert, Esq.<br>Nevada Bar No. 2697<br>Amber M. Williams, Esq.<br>Nevada Bar No. 12301<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>*Attorneys for Defendant*<br>*Copper Creek Homeowners' Association* |

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
DATED: August 2, 2017

- 3 -

4815-7149-4987