# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WELLS FARGO BANK, N.A.,

    Plaintiff,

vs.

MAHOGANY MEADOWS AVENUE, *et al.*,

    Defendants.

2:17-cv-01469-JCM-VCF

**ORDER**

Before the Court is Wells Fargo Bank, N.A.'s Motion to Extend Discovery Deadlines (ECF No. 24).

Accordingly,

IT IS HEREBY ORDERED that a response to the Motion to Extend Discovery Deadlines (ECF No. 24) must be filed on or before November 20, 2017. No reply necessary.

DATED this 13th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE