# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WELLS FARGO BANK, N.A.,

    Plaintiff,

vs.

MAHOGANY MEADOWS AVENUE TRUST, *et al.*,

    Defendants.

2:17-cv-01469-JCM-VCF

**ORDER**

The Court has reviewed Wells Fargo Bank, N.A.'s Motion to Extend Discovery Deadlines (ECF No. 24) and Defendant's Opposition to the instant motion (ECF No. 26).

Wells Fargo has given sufficient reason to extend discovery deadlines.

Accordingly,

IT IS HEREBY ORDERED that Wells Fargo Bank, N.A.'s Motion to Extend Discovery Deadlines (ECF No. 24) is GRANTED and the following discovery deadlines apply:

1. Discovery ends -  April 11, 2018

2. Deadline to Amend Pleadings – This deadline has passed and will not be extended.

3. Deadline to disclose initial experts -  January 9, 2018

4. Deadline to Disclose Rebuttal Experts -  February 9, 2018

5. Dispositive Motions -  May 8, 2018

6. Joint Pre-Trial Order -  June 8, 2018

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 21st day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE